

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00376-CV

EX PARTE K.T.

§   On Appeal from the 431st District Court

§   of Denton County (19-5358-431)

§   October 22, 2020

§   Opinion by Justice Gabriel

§   Dissenting Opinion by Justice Bassel

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order granting the expunction is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel